UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60679-CIV-ZLOCH

FREDERIKA WISEHART COHEN,

    Plaintiff,

vs.                                      **O R D E R**

WCI COMMUNITIES, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant WCI Communities, Inc.'s Motion To Dismiss (DE 5). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that only a generalized statement of facts needs to be set out to comply with the liberal pleading requirements of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 8(a). The Supreme Court recently abrogated its test for determining the sufficiency of a complaint as formulated in Conley v. Gibson, 355 U.S. 41, 45-46 (1957). See Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955 (2007). In Twombly, the Court stated that "[f]actual allegations must be enough to raise a right to relief above the speculative level." Id. at 1965. The Court further explained that "a well-pleaded complaint may proceed even if it strikes a savvy judge that actual proof of those facts is improbable, and that recovery is very remote and unlikely." Id. (quotations omitted) Plaintiff's Complaint (DE 1) clearly

satisfies the pleading requirements of Rule 8(a).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant WCI Communities, Inc.'s Motion To Dismiss (DE 5) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of July, 2008.

                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

All Counsel of Record